UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JAMES SANDFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRANOVA DDP, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02410-LB<br><br>**ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA**<br><br>Re: ECF No. 1 |

James Sandford, who is representing himself, filed this action, requesting that the court investigate and discipline the defendants: judges and lawyers involved in proceedings before the Sacramento County Superior Court of California and the U.S. District Court for the Eastern District of California. All events took place there, and none occurred here. Venue is in the Eastern District of California. 28 U.S.C. § 1391(b). Pursuant to 28 U.S.C. § 1406(a), the court transfers the case to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: March 11, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 25-cv-02410-LB